Same case below, 74 App. Div. 3d 1097, 903 N.Y.S.2d 131.

**No. 10-7552. Mulik Sheets, aka Mulik Walker, Petitioner v. Georgia.**

562 U.S. 1186, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 724.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 10-7553. Rochester Eugene Presley, Petitioner v. Mississippi, et al.**

562 U.S. 1186, 131 S. Ct. 1038, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 782.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7554. Santiago Mendoza, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1186, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 754,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7558. Richard Allen Shaneberger, Petitioner v. Kurt Jones, Warden.**

562 U.S. 1186, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 790.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 448.

**No. 10-7559. Daryl B. Stewart, Petitioner v. Jon Ozmint, Director, South Carolina Department of Corrections, et al.**

562 U.S. 1186, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 866.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 356.

**No. 10-7560. Melvin Brecht, Petitioner v. Lynn Marten, et al.**

562 U.S. 1187, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 773.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7561. Aubrey C. Alladin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1187, 131 S. Ct. 1014, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 757.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7562. Jack Tillman, Jr., Petitioner v. Thomas Birkett, Warden, et al.**

562 U.S. 1187, 131 S. Ct. 1014, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 781.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.